UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Case No. ｜08 MJ 1567 |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) <u>COMPLAINT</u> <u>FOR</u> <u>VIOLATION</u> <u>OF</u>: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326; |
| **Melkiades LOPEZ-Salvatierra** | ) Deported Alien Found in the |
| | ) United States |
| | ) |
| Defendant. | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **April 12, 2008,** within the Southern District of California, defendant, **Melkiades LOPEZ-Salvatierra,** an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **May, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On April 12, 2008, the defendant, identified as Melkiades LOPEZ-Salvatierra, was apprehended by the the United States Border Patrol near Tecate, California, for illegal entry. Subsequently a State Parole hold was issued and the defendant was booked into county jail for violation of Penal Code 3056, (Violation of Parole). A Border Patrol agent determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Hold) on April 22, 2008 pending his release from custody.

On May 19, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States.

A review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about March 25, 2005, and most recently removed on April 10, 2008, via the San Ysidro, California Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Melkiades LOPEZ-Salvatierra, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

Based upon the foregoing information, there is probable cause to believe that Melkiades LOPEZ-Salvatierra, has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, "Deported Alien Found in the United States."